UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE MILLS, <br> CJM LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TONY HARRIS A/K/A AMP HARRIS, D/B/A <br> AMP HARRIS PRODUCTIONS, INC., <br><br> Defendant. | No. 1:24-cv-00262-SEB-MG |

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The action is dismissed without prejudice for lack of jurisdiction.

Date: ___11/6/2024___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jarrod Dillon Mumford
The Jarrod Mumford Law Firm
jarrod@thejarrodmumfordlawfirm.com